UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAIM SARWAR, | CIVIL ACTION |
| | No. 3:20-cv-30192-KAR |
| Plaintiff, | |
| - against – | |
| M&M LODGING, LLC | APRIL 1, 2021 |
| Defendant. | |

## NOTICE OF SETTLEMENT

The parties hereby notify this Honorable Court that the matter has been settled in principal. The parties request sixty (60) days to file a stipulation of dismissal to allow sufficient time to finalize the settlement agreement and ensure payment has been received.

Respectfully submitted,

By: \_\_/s/ Timothy R. Scannell
    Timothy R. Scannell
    Federal Bar No.: 655453
    Boyle Shaughnessy Law, P.C.
    280 Trumbull Street, 23rd Floor
    Hartford, CT 06103
    Telephone: (860) 952-9800
    Facsimile: (860) 278-7757
    Email:
    tscannell@boyleshaughnessy.com


By: \_\_/s/ John A. Curseaden
    John A. Curseaden, Esq.
    Federal Bar No.: 562737
    Curseaden Law Office
    301 Littleton Road #705
    Westford, MA 01866
    Telephone: (978)-267-7656
    Email: curseadenlaw@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2021, a copy of the foregoing Notice of Settlement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Timothy R. Scannell