UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAIM SARWAR, Individually ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 20-30192-KAR |
| ) | |
| v. ) | |
| ) | |
| ) | |
| M & M LODGING, LLC., ) | |
| A Massachusetts Limited Liability ) | |
| Company ) | |
| Defendants. ) | |

SETTLEMENT ORDER OF DISMISSAL
April 1, 2021

KATHERINE A ROBERTSON: U.S.M.J.:

The court, having been advised on   April 1, 2021   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

By the Court,

/s/ Mary Finn
Mary Finn
Deputy Clerk